IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEONTE' VOUDELL SPICER, | No. 4:21-CV-00372 |
| Petitioner, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| E. BRADLEY, *et al.*, | |
| Respondents. | |

## ORDER

### OCTOBER 18, 2021

Deonte' Voudell Spicer filed this 28 U.S.C. § 2241 petition challenging a decision by the Federal Bureau of Prisons imposing a loss of privileges, including good conduct time, based upon Spicer's violation of prison rules.[1] On August 11, 2021, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Spicer's petition.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

---

[1] Doc. 1.
[2] Doc. 11.
[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

part—the findings or recommendations made by the magistrate judge.[4] After reviewing the record, the Court finds no error—clear or otherwise—in Magistrate Judge Carlson's conclusion that Spicer's due process rights were not violated by the disciplinary hearing. Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 11), is **ADOPTED**;

2. Spicer's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.